### KRAFT v. UNITED STATES.

(Circuit Court, S. D. New York. April 20, 1894.)

CUSTOMS DUTIES—CLASSIFICATION—PRINTED TISSUE PAPER.

Tissue paper having certain colors, in stripes and plaids, printed or stamped thereon, and not of one uniform color, *held* to be dutiable at 8 cents per pound and 15 per cent. ad valorem, under paragraph 419 of the act of October 1, 1890, as "tissue paper, white or colored," and not at 25 per cent. ad valorem, under paragraph 423, as "printed matter, not specially provided for."

Appeal by Importers from Decision of Board of United States General Appraisers. Decision affirmed.

The importations consisted of white tissue paper, printed on one side with colored stripes and plaids. The collector assessed duty thereon under paragraph 419 of the act of October 1, 1890. The importers duly protested, claiming same to be dutiable as "printed matter," under paragraph 423 of said act. The board of United States general appraisers sustained the collector's classification. The contention of the importers was that "colored" tissue papers were commercially confined to those dyed in a vat, and that the articles in suit were not known in trade and commerce as "colored," but as "printed tissues," "striped tissues," and "plaid tissues," and were "printed matter."

Stephen Greeley Clarke, for importers.
Henry C. Platt, U. S. Atty., for the United States.

TOWNSEND, District Judge (orally). This is an appeal from the decision of the board of general appraisers classifying certain paper as "tissue paper" under the provisions of Schedule M, par. 419, of the tariff act of 1890. Certain colors and patterns have been printed or stamped on the paper in question. The importer claims that it should be classified as "printed matter," under paragraph 423 of said act. The decision of the board of appraisers is affirmed, because the method by which the paper was colored does not affect its character as "colored tissue paper," and, furthermore, because the article does not fall within the class of "books, etchings, maps, charts, and all printed matter," embraced within the provisions of paragraph 423.